NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CANEX INTERNATIONAL LUMBER SALES, LTD.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-1512

---

Appeal from the United States Court of International Trade in case no. 02-CV-0596, Chief Judge Jane A. Restani.

---

**ON MOTION**

---

**ORDER**

Canex International Lumber Sales, Ltd., moves without opposition for a 90-day extension of time, until January 31, 2011, to file its brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__NOV   3 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joel R. Junker, Esq.
    Aimee Lee, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 3 2010

JAN HORBALY
CLERK